# United States District Court
## WESTERN DISTRICT OF TENNESSEE

## JUDGMENT IN A CIVIL CASE

CHARLES HURST,
Plaintiff,

v.                                            Cv. No. 1:13-1103-JDT-egb

STATE OF TENNESSEE, et al.,
Defendants.

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above styled matter on 4/3/14, the Court **DISMISSES** the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and (iii) and 1915A(b)(1) and (2). Judgment is hereby entered for all Defendants.  It is therefore **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith and Plaintiff may not proceed on appeal *in forma pauperis*.  The Plaintiff is instructed that, if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and 28 U.S.C. § 1915(b).  For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the first dismissal of one of his cases as frivolous or for failure to state a claim.

**APPROVED:**

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**